```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

         IN RE:                                      CASE NO. 07 B 18523
            TYRONE B FORD
            GLENDA A FORD                            CHAPTER 13

                                                     JUDGE: MANUEL BARBOSA
                    Debtor
            SSN XXX-XX-8251      SSN XXX-XX-8951


         ------------------------------------------------------------------------
                            TRUSTEE'S FINAL REPORT AND ACCOUNT
         ------------------------------------------------------------------------
              Glenn Stearns, Chapter 13 Standing Trustee, submits the following
         Final Report and Account of the administration of the estate pursuant to
         11 USC 1302(b)(1).

            1.   The case was filed on 10/09/07 and confirmed on 02/13/08.

            2.   The case was converted to Chapter 7 after confirmation, 06/03/2008.

            3.   The Debtor paid a total of $   2763.38 .

            4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JNR | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTHSTAR CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| R & B RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SC STUDENT LOAN CORP | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

```
ZENITH ACQUISITION          UNSECURED      NOT FILED              .00            .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00         .00         .00           .00
PRINCIPAL PAID            .00         .00         .00         .00           .00
INTEREST PAID             .00         .00         .00         .00           .00
TOTAL PAID                .00         .00         .00         .00           .00
```

The Debtor's attorney, DERRICK B HAGER             , was allowed $   3500.00 and was paid $    2356.56 .

The Trustee received $     145.10 .

Refunds to the Debtor totaled $     261.72 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/11/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE